UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Taylor D. Schumm            Docket No. 2:14-MJ-1171-BO

### Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Taylor D. Schumm, who, upon an earlier plea of guilty to Operating Under Influence Greater than .08, in violation of 36 C.F.R. § 4.23(a)(2), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 12, 2015, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** According to Eastern District of Virginia (EDVA) Probation Officer Laszlo V. Mako, Schumm reported to the probation office on January 21, 2015. During the contact, an alcosensor test was administered on Schumm that tested positive for alcohol (.067). It is also noted the defendant drove to the probation office from his employment.

In consideration of the defendant's instant offense and his conduct noted above, the EDVA respectfully recommends the conditions of probation be modified to include substance abuse treatment and alcohol abstinence. The undersigned probation officer agrees with their recommendation.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be required to participate in a program approved by the Probation Office for substance abuse, with partial costs to be paid by the defendant, as directed by the probation officer.

2. The defendant shall abstain from the use of alcohol.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,
/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: January 27, 2015

Taylor D. Schumm
Docket No. 2:14-MJ-1171-BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __January__, 2015 and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge